UNITED STATES of America, Plaintiff–Appellee,

v.

Jose HERNANDEZ–JUAREZ, also known as Oscar Hernandez–Juarez, Defendant–Appellant.

No. 04–40109
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Filed Aug. 18, 2004.

James Lee Turner, Renata Ann Gowie, Assistant U.S. Attorneys, Houston, TX, for Plaintiff–Appellee.

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

Roland E. Dahlin, II, Federal Public Defender, Richard Bruce Gould, Molly E. Odom, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Hernandez–Juarez concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.